**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JOHN M. TISCH** **PLAINTIFF**

**V.** **No. 4:26-CV-00177-JM-ERE**

**SOCIAL SECURITY ADMINISTRATION,**
**COMMISSIONER** **DEFENDANT**

**JUDGMENT**

Consistent with today's Order, the Commissioner's decision is AFFIRMED. Judgment is entered in favor of the Commissioner. This case is closed.

DATED this 14th day of October, 2026.

UNITED STATES DISTRICT JUDGE